# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OWEN BREWER AND CELESTE
BREWER

VERSUS

BANKERS SPECIALTY INSURANCE
COMPANY

NO.   2025 CW 1102

**NOVEMBER 26, 2025**

---

In Re:   Bankers Specialty Insurance Company, applying for
supervisory writs, 32nd Judicial District Court, Parish
of Terrebonne, No. 195557.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DISMISSED.**   Pursuant to the motion to withdraw writ
application filed by relator, representing that all claims in this
matter have been amicably resolved and all issues raised in the
writ application are now moot, and requesting that this writ
application be withdrawn and dismissed, this writ is dismissed.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT